IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,                                No. CV 07-06111 MJJ ,

       Plaintiff,

  v.                                **JUDGMENT IN A CIVIL CASE**

BTK KILLER,

       Defendant.
_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that plaintiff's allegations are clearly baseless, irrational or wholly incredible, the complaint will be dismissed as frivolous under sections 1915A and 1915(e)(2).

Dated: December 28, 2007                    Richard W. Wieking, Clerk

                                          By: /s/ Frank Justiliano
                                          Deputy Clerk