UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN L. RICHES,

        Plaintiff,

v.

BTK KILLER et al,

        Defendant.

Case Number: CV07-06111 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Lee Riches  
F.C.I. Williamsburg  
Prisoner Id 40948-018  
P.O. Box 340  
Salters, SC 29590

Dated: December 28, 2007

                                    Richard W. Wieking, Clerk  
                                    By: Frank Justiliano, Deputy Clerk